UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHRYN TERHUNE COTTON,

      Plaintiff,

                                     Civil No. 06-6324-HA

      v.

                                     JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

      Based on the record,

      IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed.

      Dated this __31__ day of March, 2008.

                                                            /s/ ANCER L. HAGGERTY
                                                              ANCER L. HAGGERTY
                                            UNITED STATES DISTRICT JUDGE